Diana CROFT, Plaintiff–Appellant,

v.

SCI OF ALABAMA, d.b.a. Funeral Services of Alabama, Service Corporation International, Defendants–Appellees.

No. 06–14807.

United States Court of Appeals, Eleventh Circuit.

May 21, 2007.

Scott A. Powell, Ralph D. Cook, James R. Moncus, III, Sandra Payne Hagood, Bruce J. McKee, Hare, Wynn, Newell & Newton, Birmingham, AL, for Plaintiff–Appellant.

Cinda Ruth York, Campbell, Waller & Poer, LLC, Birmingham, AL, for Defendants–Appellees.

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,* District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's order and contemporaneous memorandum opinion of March 27, 2006, which granted Defendants–Appellees' motion for summary judgment on Plaintiff–Appellant's claims that are at issue in this appeal. We further conclude that the district court did not abuse its discretion or otherwise err in the particular evidentiary rulings challenged on appeal. Accordingly, we affirm the entry of final judgment in favor of Defendants–Appellees.

AFFIRMED.

* Honorable J. Owen Forrester, United States District Judge for the Northern District of